IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
| vs. | ) | CIVIL NO. 5:92CV6-MU |
| | ) | (Financial Litigation Unit) |
| JACK E. WHITENER, | ) | |
| and | ) | |
| KAY F. WHITENER, | ) | |
|     Defendants, | ) | |
| | ) | |
| LEE INDUSTRIES, INC. | ) | |
|     Garnishee, | ) | |
| | ) | |
| SOUTHWOOD FURNITURE CORP, | ) | |
|     Garnishee. | ) | |

**DISMISSAL OF WRIT OF GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishments filed in this case against the defendants Jack E. Whitener and Kay F. Whitener are DISMISSED.

Signed: February 20, 2009

Richard L. Voorhees
United States District Judge